IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00766-REB-KLM

CHARLES DALE CONNER,

    Plaintiff,

v.

MARK PARSONS, individually and in his official capacity as COLORADO STATE TROOPER,
MARK THOMPSON, individually and in his official capacity as ALAMOSA COUNTY SHERIFF DEPUTY,
STEVE LAWRENCE, individually and in his official capacity as COSTILLA COUNTY SHERIFF DEPUTY,
COLORADO STATE PATROL,
ALAMOSA COUNTY, COLORADO, by and through the ALAMOSA COUNTY - BOARD OF COMMISSIONERS, ALAMOSA COUNTY SHERIFF'S OFFICE, and
COSTILLA COUNTY, COLORADO, by and through the COSTILLA COUNTY - BOARD OF COMMISSIONERS, COSTILLA COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER DISMISSING DEFENDANTS MARK PARSONS AND COLORADO STATE PATROL, ONLY

**Blackburn, J.**

The matter before me is the **Notice of Dismissal With Prejudice Pursuant To Federal Rules of Civil Procedure 41(a)** [#12] filed April 20, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants, Mark Parsons and the Colorado State Patrol, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal With Prejudice Pursuant To Federal Rules of Civil Procedure 41(a)** [#12] filed April 20, 2010, is **APPROVED**;

2. That plaintiff's claims against defendants, Mark Parsons and the Colorado State Patrol, are **DISMISSED WITH PREJUDICE**; and

3. That defendants, Mark Parsons and the Colorado State Patrol, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 21, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge