**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00766-REB-KLM

CHARLES DALE CONNER,

    Plaintiff,

v.

MARK THOMPSON, individually and in his official capacity as ALAMOSA COUNTY SHERIFF DEPUTY,
STEVE LAWRENCE, individually and in his official capacity as COSTILLA COUNTY SHERIFF DEPUTY,
ALAMOSA COUNTY, COLORADO, by and through the ALAMOSA COUNTY - BOARD OF COMMISSIONERS, ALAMOSA COUNTY SHERIFF'S OFFICE, and
COSTILLA COUNTY, COLORADO, by and through the COSTILLA COUNTY - BOARD OF COMMISSIONERS, COSTILLA COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#14] filed April 23, 2010.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#14] filed April 23, 2010, is **APPROVED**; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 23, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge